Theodore R. ROBINSON, Joseph F. McCabe, Luis A. Rodriguez, Appellants

v.

STATE EMPLOYEES RETIREMENT BOARD, Appellee.

Supreme Court of Pennsylvania.

Nov. 21, 2012.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of November, 2012, the Order of the Commonwealth Court is AFFIRMED.

Demetrius J. GRANT, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Nov. 21, 2012.

***ORDER***

PER CURIAM.

**AND NOW,** this 21st day of November, 2012, the Order of the Commonwealth Court is AFFIRMED.